# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| BUDDY RAY MITCHELL, | ) |
| --- | --- |
| Petitioner, | ) |
| v. | ) CIV-13-310-R |
| TRACY McCollum, Warden, | ) |
| Respondent. | ) |

## ORDER

Petitioner filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. 636 the matter was referred to United States Magistrate Judge Charles Goodwin for preliminary review. On May 25, 2016, Judge Goodwin issued a Report and Recommendation wherein he recommended that the Petition be denied. The record reflects that Petitioner has neither filed a timely objection nor sought an extension of time in which to respond. Accordingly, the Report and Recommendation is hereby ADOPTED IN ITS ENTIRETY and the Petition is hereby DENIED.

IT IS SO ORDERED this 27th day of June, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE